### LEO HINDS v. STATE.

#### No. A-2223.

Appeal from County Court, Washita County;

L. R. Shean. Judge.

Leo Hinds was convicted of violating the prohibitory law, and appeals. Affirmed.

Smith, Smith & Smith, for plaintiff in error.

R. McMillan, Asst. Atty. Gen., for the State.

PER CURIAM. The plaintiff in error, Leo Hinds, was convicted at the January, 1913, term of the county court of Washita county on a charge of unlawfully conveying intoxicating liquor from one place in said county to another place therein, and his punishment fixed at a fine of fifty dollars and imprisonment in the county jail for a period of thirty days.

Upon a careful consideration of the entire record in this case we are of opinion that the judgment should be affirmed.

The judgment of the trial court is, therefore, affirmed.